EASTERN DIST.
*April*, 1839.

DARRAMON
*vs.*
FOLLIN ET AL.

## DARRAMON *VS.* FOLLIN ET AL.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

*There being no grounds on which to support the appeal, judgment is affirmed, with damages, as for a frivolous appeal.*

This is an action on an attachment bond. The defendants pleaded a general denial, and set up several matters in defence, most of which went to the irregularity of the attachment in the first instance.

Judgment was rendered on the bond for three hundred and four dollars, with legal interest and costs. The defendant, Follin, alone appealed.

*Roselius*, for the plaintiffs, prayed for the affirmance of the judgment, with damages and costs.

*D. Seghers, contra.*

*Eustis, J.*, delivered the opinion of the court.

This is an action on an attachment bond signed by the defendants; judgment was rendered against them, and Follin, one of the defendants, has appealed. We see no ground on which the appellant could reasonably have expected a reversal of the judgment, and as the plaintiffs have claimed damages for a frivolous appeal, we feel bound to allow them.

The judgment of the District Court, is, therefore, affirmed, with five per cent. damages, and costs in both courts.